**LAW OFFICES OF ALEXANDER SCHACHTEL**
**101 HUDSON STREET, STE. 2109**
**JERSEY CITY, NEW JERSEY 07302**

Alexander Schachtel, Esq.
Direct Dial: 201-925-0660
E-mail: xschachtel@gmail.com

<u>**VIA ECF ONLY**</u>  November 24, 2025
Hon. Seth D. Eichenholtz, U.S.M.J.
United States District Court
Eastern District of New York

      **Re:**      **Request for Pre-Motion Conference**
      **Case:**    **<u>Kao v. PNC Bank v. Chen</u>**
      **Docket No:**  1:25-cv-03228-ENV-JRC
      **Our Client:**  **Third Party Defendant Chen**

Dear Judge Eichenholtz:

    We hereby withdraw our letter request of November 17, 2025 asking for a premotion conference. We will be filing an Answer on behalf of Mr. Chen.

    Respectfully Submitted,

    */s/ Alexander Schachtel*

    Alexander Schachtel, Esq.